# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUANITA LEWIS-HATTON, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 13-7619 |
| WAL-MART STORES EAST, LP, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 7th day of February, 2014, upon consideration of Plaintiff Juanita Lewis-Hatton's Motion to Remand Case Back to Court of Common Pleas of Philadelphia County Pursuant to 28 U.S.C. § 1447 (Doc. No. 4), and Defendant Wal-Mart Stores East, LP's Response (Doc. No. 5), it is hereby **ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that this matter be **REMANDED** to the Court of Common Pleas for the County of Philadelphia.

BY THE COURT

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE